UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN REVELS,<br><br>           Plaintiff,<br><br>  vs.<br><br>JEANINE WORDEN,<br><br>           Defendant. | NO.  CV-10-358-EFS<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff is a Texas state prisoner confined in the Allred Unit of the Texas Department of Criminal Justice in Iowa Park, Texas. Plaintiff appears to complain Defendant Worden has not responded to his requests to be transferred to a medical unit for disabilities of his hand and eye. It is not possible the events giving rise to his claims could have occurred in the Eastern District of Washington. Accordingly, this Court does not have jurisdiction.

    The Court takes judicial notice of the fact Mr. Revels attempted to file another case in this district last year. *See* CV-09-122-CI. Due to Plaintiff's litigation history, the Court determined it would not further the interests of justice to transfer that action to a United States District Court in Texas.

    For the reasons set forth by the magistrate judge in CV-09-122-CI,

ORDER DISMISSING ACTION -- 1

the Court finds it would not further the interests of justice to transfer the present action either.  Accordingly, **IT IS ORDERED** this action is **DISMISSED** without prejudice to Plaintiff filing in the appropriate venue.  All pending motions are **DENIED AS MOOT.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff and close the file.  The Court further certifies any appeal of this Order would not be taken in good faith.

**DATED** this _____18th_____ day of October 2010.

                                          _____S/ Edward F. Shea_____
                                              EDWARD F. SHEA
                                      UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION -- 2